UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 OCT 11  A 10: 06

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| JOHN EDWARD HOWARD, | ) |
| Movant, | ) |
| v. | ) Case No. CV606-036 |
| | ) [Underlying CR689-007] |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 11th day of October, 2006.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA